IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony L. Washington, ) | |
| ) | C/A No. 1:12-cv-243-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Sheriff Al Cannon; Chief Mitch Lucas; ) | |
| FNU LNU W/M Officer; FNU LNU ) | |
| S.O.G. B/M Officer; FNU LNU S.O.G. ) | |
| W/M Officer; C.C.O.H. Nurse Land; ) | |
| S.A.C.D.C. Injury Negligence Insurance ) | |
| Policy Holder; C.C.O.H. Injury ) | |
| Negligence Ins. Policy Holder, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, while a pretrial detainee at the Charleston County Detention Center, proceeding *pro se,* filed a civil rights action pursuant to 42 U.S.C. § 1983. By Order dated February 17, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. After the Order was returned to the court as "undeliverable," the Order was re-mailed to Plaintiff at the address he provided on a previously-filed form. (*See* ECF No. 3-1.) Plaintiff subsequently, on April 27, 2012, confirmed in writing that this address was indeed where he could be reached. (*See* ECF No. 18.)

The time to bring this case into proper form has now lapsed. This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

                                                    s/ R. Bryan Harwell
                                                    R. Bryan Harwell
                                                    United States District Judge

June 11, 2012
Florence, South Carolina